UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No.

GOVERNMENT EMPLOYEES )
INSURANCE COMPANY, )
GEICO GENERAL INSURANCE )
COMPANY, AND GEICO )
INDEMNITY COMPANY, )

Plaintiffs,

v.

DORCHESTER CHIROPRACTIC,
INC. GERARD BLACKWOOD, D.C.,
and ERIC LUSTGARTEN, D.C.,

Defendants

**NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. § 1441
(Federal Question Jurisdiction)**

To the Clerk of the Above Entitled Court:

Please take notice that all the Defendants, Dorchester Chiropractic, Inc., Gerard Blackwood, D.C. and Eric Lustgarten, D.C., ("Defendants") hereby remove the above-captioned action to the United States District Court for the District of Massachusetts, based on the following facts:

1. On October 11, 2012, an action was commenced in the Superior Court of Massachusetts, County of Suffolk, entitled *Government Employees Insurance Company, GEICO General Insurance Company, and GEICO Indemnity Company v. Dorchester Chiropractic, Inc. Gerard Blackwood, D.C., and Eric Lustgarten, D.C.*, Case No. SUCV2012-03729.

2. Plaintiffs did not serve the original complaint upon the defendants.

3. Plaintiffs requested and received (without notice to the defendants) an extension from the Suffolk Superior Court to serve the defendants with the complaint.

4. Plaintiffs filed their first amended complaint on March 7, 2013 with Suffolk Superior Court.

5. Per the return of service filed with Suffolk Superior Court, plaintiffs assert that defendants were served with the first amended complaint on March 7, 2013. No prior service was completed or alleged by the plaintiffs.

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1441 in that it arises under U.S.C. 18 § 1961, et seq. (Racketeer Influenced and Corrupt Organizations).

7. All defendants have joined in this Notice of Removal.

8. This notice is timely filed.

9. A copy of the amended complaint filed with the Suffolk Superior Court is filed herewith as Exhibit A.

WHEREFORE, defendants pray that this action be removed to the United States District Court for the District of Massachusetts.

Respectfully submitted,
DORCHESTER CHIROPRACTIC,
INC. GERARD BLACKWOOD, D.C.,
and ERIC LUSTGARTEN, D.C.,
by their attorney,

_____          Dated: April 1, 2013
Frank J. Frisoli, Esq.
BBO # 180440
frank@frankfrisolilaw.com
Frank J. Frisoli, PC
797 Cambridge St.
Cambridge, MA 02141
617-354-2220

## VERIFICATION

I, the undersigned, Frank J. Frisoli, being first duly sworn on oath depose and say: that I am a the attorney of record for the defendants; that I have knowledge of the contents of the within document and as to all the matters of fact therein stated the same is true; and as to all matters therein stated on information and belief, I believe them to be true.

Frank J. Frisoli                                                    Dated: April 1, 2013

### COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss                                                        April 1, 2013

Then personally appeared the said Frank J. Frisoli and acknowledged the foregoing to be true to the best of his knowledge and belief, before me

Constance V. Ross
Notary Public
my commission expires  4/1/2016